**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

R.S. MANN                                                                                                         PLAINTIFF

v.                                            No. 4:05CV00985 JLH

TONY HALEY; CHRIS RIDENHOUR;
GLEN DANIEL; RONALD STOBAUGH;
CHRIS GOODMAN; WARREN NEWMAN;
and RAYE TURNER                                                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, R.S. Mann's claims against Tony Haley's claims under 42 U.S.C. § 1983 are dismissed with prejudice as to Tony Haley, Chris Ridenhour, Glen Daniel, Ronald Stobaugh, Chris Goodman, and Raye Turner. His claims arising under the laws of the State of Arkansas against those defendants are dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE